UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GABRIEL GUICARA CHAURAN,

    *Plaintiff*,

v.                                                                  Case No. 5:25-CV-01173-JKP

TODD LYONS, ACTING DIRECTOR,
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT, IN
HIS OFFICIAL CAPACITY; KRISTI
NOEM, USDHS, SECRETARY; MI-
GUEL VERGARA, FIELD OFFICE
DIRECTOR, SAN ANTONIO FIELD
OFFICE, IN HIS OFFICIAL CAPACI-
TY; AND WARDEN BOBBY THOMP-
SON, WARDEN AT THE SOUTH
TEXAS ICE PROCESSING CENTER,
IN HIS OFFICIAL CAPACITY;

    *Defendants*.

# O R D E R

Before the Court is Petitioner Gabriel Guicara Chauran's Motion for Temporary Re-

straining Order and Preliminary Injunction. *ECF No. 3*. In their Response, Respondents report:

> The undersigned AUSA is working jointly with the Department of Justice Office
> of Immigration Litigation to secure Petitioner's release from custody as soon as
> possible in light of his claim to temporary protected status. Respondents will file a
> status update with this Court upon Petitioner's release from custody, or Respond-
> ents will comply with any Court order to provide status updates in the interim.

*ECF No. 9 at 1*. Accordingly, Respondents are **ORDERED** to file a Status Report **no later than**

**Thursday, October 2, 2025, at 12:00 p.m.** Respondents shall state whether Petitioner has been

released from custody and, if not, the steps taken to affect his release.

It is so ORDERED.
SIGNED this 29th day of September, 2025.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE