UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GABRIEL GUICARA CHAURAN,**

  *Plaintiff*,

v.                                                          Case No. SA-25-CV-01173-JKP

**TODD LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; KRISTI NOEM, USDHS, SECRETARY; MIGUEL VERGARA, FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, IN HIS OFFICIAL CAPACITY; AND WARDEN BOBBY THOMPSON, WARDEN AT THE SOUTH TEXAS ICE PROCESSING CENTER, IN HIS OFFICIAL CAPACITY;**

  *Defendants*.

# O R D E R

Before the Court is Petitioner Gabriel Guicara Chauran's Notice of Voluntary Dismissal. *ECF No. 11*. In the Notice, Petitioner states Respondents released him from custody. *Id. at 2*. The the Court finds the Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction, (*ECF No. 3*), is **DENIED AS MOOT** and the Clerk of Court is **DIRECTED** to close this case.

It is so ORDERED.
SIGNED this 2nd day of October, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE